**No. 50431.**—Protest 109321–K of Dons Vainsteins (Ogdensburg).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, AUGUST 29, 1945

**No. 50432.**—Protest 37796–K of L. Oppleman, Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the thermometer cases in question are similar in all material respects to those the subject of Abstract 42789, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 50433.**—Protest 104753–K of M. Pressner & Co. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the banks in question are similar to those the subject of Abstract 42749, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 50434.**—Protest 818321–G of Bullocks, Inc. (Los Angeles).

Opinion by LAWRENCE, J. It was stipulated and agreed that the merchandise is the same in all material respects as that passed upon in Abstract 30073 (book-ends, openers, blotter corners, and letter openers); Abstract 29319 (knockers, holders, and handwarmers); Abstract 29548 (slides); Abstract 30313 (weights); Abstract 29549 (burners); Abstract 32020 (lanterns); and Abstract 33225 (photo frames). In accordance therewith the claim at 40 percent under paragraph 339 was sustained.